1058

[No. 15174-6-I.   Division One.   January 21, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. DOUGLAS JOHN BAKER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 79-1-01262-5, Donald D. Haley, J., entered July 5, 1984. *Remanded* by unpublished opinion per Webster, J., concurred in by Scholfield, A.C.J., and Coleman, J.

[No. 13295-4-I.   Division One.   January 21, 1986.]

SHANE D. DUNBAR, *Respondent,* v. HERBERT O. HEINRICH, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 141951, Stuart C. French, J., entered May 16, 1983. *Affirmed* by unpublished opinion per Williams, J., concurred in by Scholfield, A.C.J., and Swanson, J.

[No. 13090-1-I.   Division One.   January 21, 1986.]

PETER LOUDEN, ET AL, *Appellants,* v. BETTY WALL, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 848270, James D. McCutcheon, Jr., J., entered April 4, 1983. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Williams and Webster, JJ.